UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW SKLAR,<br><br>           Plaintiff,<br><br>      v.<br><br>KARL EBERT, M.D., et al.,<br><br>           Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 10-03460<br>(JEI/JS)<br><br>**ORDER DISMISSING CASE** |

**APPEARANCES:**

ROSS FELLER CASEY LLP
By:  Robert Ross, Esq.
     Ryan P. Chase, Esq.
1650 Market Street, Suite 3450
Philadelphia, PA 19103

and

LAW OFFICE OF TAI Y. WONG, P.C.
1101 Market Street, Suite 2820
Philadelphia, PA 19107
      Counsel for Vincent and Maria Castaldi and Andrew Sklar,
      Chapter 7 Trustee

STAHL & DELAURENTIS, P.C.
By:  Dominic A. Delaurentis, Esq.
1103 Laurel Oak Road, Suite 103
Voorhees, NJ 08043
      Counsel for Defendants Karl Ebert and Delaware Valley
      Urology

**IRENAS**, Senior District Judge:

     This matter having appeared before the Court during an in chambers status conference on February 4, 2013, and because the parties have advised the Court that they have settled their

dispute and asked the Court to dismiss the case;

**IT IS** on this __5__ day of February, 2013,

**ORDERED THAT**:

1. This action is hereby **DISMISSED WITH PREJUDICE.**

2. The Clerk of Court is hereby directed to close this file.

s/Joseph E. Irenas<br>**JOSEPH E. IRENAS, S.U.S.D.J.**